UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

NOV 22 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.

INDICTMENT NO. 6:24-CR-078-REW
21 U.S.C. § 841(a)(1)

**DEVIN RAY KEEFER,**
  **aka DJ KEEFER**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about July 31, 2024, in Harlan County, in the Eastern District of Kentucky,

**DEVIN RAY KEEFER,**
**aka DJ KEEFER,**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**FORFEITURE ALLEGATION**
**21 U.S.C. § 853**

1.   By virtue of the commission of the felony offense alleged in the Indictment, **DEVIN RAY KEEFER, aka DJ KEEFER,** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any

and all interest that **DEVIN RAY KEEFER, aka DJ KEEFER**, has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.    The property to be forfeited includes, but is not limited to the following seized from **DEVIN RAY KEEFER, aka DJ KEEFER**, on or about July 31, 2024:

**CURRENCY:**
$1,217.00 in United States Currency

3.    If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.